IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. TURCO, | ) |
|       Plaintiff, | ) ) ) ) Civil Action No. 2:19-cv-00174-DSC |
| v. | ) ) Judge David S. Cercone |
| ZAMBELLI FIREWORKS, | ) ) |
|       Defendant. | ) |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant Zambelli Fireworks.

                                      Respectfully submitted,

                                      METZ LEWIS BRODMAN MUST O'KEEFE LLC

Date:   February 19, 2019        By:    */s/ Manning J. O'Connor II*
                                                Manning J. O'Connor II
                                                PA I.D. No. 38983
                                                Justin T. Barron
                                                PA I.D. No. 200394
                                                535 Smithfield Street, Suite 800
                                                Pittsburgh, PA 15222
                                                (412) 918-1100

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 19, 2019, I e-filed the foregoing Appearance of Counsel using the Court's CM/ECF system, which will delivery notice of the filing of and a copy of the Appearance of Counsel to the following counsel of record:

> David B. Spear, Esquire
> Nick Kennedy, Esquire
> Minto Law Group, LLC
> 603 Stanwix Street, Suite 2025
> Pittsburgh, PA 15222

      */s/ Manning J. O'Connor II*
      Manning J. O'Connor II