### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT J. TURCO,** | ) | **CIVIL ACTION NO. 2:19-cv-00174-JFC** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ZAMBELLI FIREWORKS MANUFACTURING CO.,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

### CONSENT MOTION TO AMEND COMPLAINT

Plaintiff, Robert J. Turco, by and through his attorneys, files this motion seeking leave of Court to file an Amended Complaint, and in support thereof states as follows:

1. Plaintiff seeks to file an Amended Complaint in order to add three counts under the Pennsylvania Human Relations Act. The proposed Amended Complaint is attached as Exhibit A.

2. Defendant consents to this Motion.

3. Under the Court's Case Management Order, entered May 16, 2019, the deadline to amend the pleadings is today, June 17, 2019.

For the reasons set forth above, Plaintiff requests leave to file the proposed Amended Complaint, attached as Exhibit A.

Date: June 17, 2019                                    Respectfully submitted,

*s/ David B. Spear*                                    *s/ Manning J. O'Connor II*
David B. Spear                                         Manning J. O'Connor II
PA I.D. No. 317386                                     PA I.D. No. 38983
Nick Kennedy                                           Justin T. Barron
PA I.D. No. 317386                                     PA I.D. No. 200394

| | |
|---|---|
| Minto Law Group<br>603 Stanwix St., Suite 2025<br>Pittsburgh, PA 15222<br>(412) 201-5525<br>dspear@mintolaw.com<br>nkennedy@mintolaw.com<br><br>Attorneys for Plaintiff | Metz Lewis Brodman Must O'Keefe LLC<br>535 Smithfield Street, Suite 800<br>Pittsburgh, PA 15222<br>(412) 918-1100<br>moconnor@metzlewis.com<br>jbarron@metzlewis.com<br><br>Attorneys for Defendant |