**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT J. TURCO,** | ) | CIVIL ACTION NO. 2:19-cv-00174-JFC |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ZAMBELLI FIREWORKS MANUFACTURING CO.,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER OF COURT**

AND NOW, this 18th day of June, 2019, it is hereby ORDERED that Plaintiff's Consent Motion to Amend Complaint is **GRANTED.** Plaintiff is permitted to file the proposed First Amended Complaint attached to the Motion as Exhibit A.

BY THE COURT:

_____
Judge Joy Flowers Conti
Senior United States District Judge