IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. TURCO, | ) |
| | ) |
| Plaintiff, | ) 2:19-CV-00174-CCW |
| | ) |
| v. | ) |
| | ) |
| ZAMBELLI FIREWORKS MANUFACTURING CO., | ) |
| | ) |
| Defendant. | ) |

**<u>VERDICT SLIP</u>**

1. Did Defendant, Zambelli Fireworks Manufacturing Co. (hereinafter "Zambelli"), fail to reasonably accommodate Plaintiff, Robert J. Turco (hereinafter "Mr. Turco"), for his disability of claustrophobia by denying his request for an office with a window at Zambelli's new headquarters?

    ____✓____ YES          _____ NO

**If you answered "Yes" to Question 1, please proceed and answer Question 2. If you answered "No" to Question 1, do not answer Question 2, but please proceed and answer Question 3.**

2. What are Mr. Turco's total compensatory damages, including emotional distress, embarrassment, pain, suffering, and/or humiliation (excluding back and front pay), for Zambelli's failure to reasonably accommodate Mr. Turco for his disability by denying his request for an office with a window?

    $ _15,000_____

**Once you have completed Question 2, please proceed and complete Question 3.**

3.  Was Mr. Turco's disability a determinative factor in Zambelli's decision to terminate Mr. Turco?

    _____YES                    ✓\_\_\_NO

**If you answered "Yes" or "No" to Question 3, please proceed and complete Question 4.**

4.  Did Zambelli retaliate against Mr. Turco by terminating his employment because of his requests to Zambelli to accommodate his claustrophobia?

    _____YES                    ✓\_\_\_NO

**If you answered "Yes" to either Question 3 or 4, please proceed and complete Question 5. If you answered "No" to each of Questions 3 or 4, please stop and notify the Court.**

5.  What are Mr. Turco's total compensatory damages, including emotional distress, embarrassment, pain, suffering, and/or humiliation (excluding back and front pay), as a result of Zambelli terminating his employment because of his disability and/or in retaliation for his request for accommodation?

    $_____

6.  Do you find that punitive damages are appropriate?

    _____YES                    _____NO

**If you answered yes to question 6, please proceed and complete question 7. If you answered no to question 6, please stop and notify the court.**

7.      How much do you award for punitive damages?

$_____

SO SAID BY ALL.

Dated: 10-1-2021

Signed by all jurors:

_[signature]_____          _[signature]_____
Jury Foreperson

_[signature]_____          _[signature]_____

_[signature]_____          _[signature]_____

_[signature]_____          _[signature]_____

3