AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| ROBERT J. TURCO  *Plaintiff*  v.  ZAMBELLI FIREWORKS MANUFACTURING CO.  *Defendant* | )  )  )  ) Civil Action No. 2:19-cv-00174-CCW  )  ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* ROBERT J. TURCO recover from the defendant *(name)* ZAMBELLI FIREWORKS MANUFACTURING CO. the amount of Fifteen Thousand dollars ($ 15,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Christy Criswell Wiegand presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 10/1/2021

CLERK OF COURT

/s/ Joungsun Miller
*Signature of Clerk or Deputy Clerk*